# UNITED STATES DISTRICT COURT

for the

District of SC

__________ Division

Marie L. Brown

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Richland County

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:26-cv-5975-MGL-MHC

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

RCVD - USDC COLA SC
NOV 20 '25 PM4:27

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marie L. Brown |
| Street Address | 2326 Julius Felder St |
| City and County | Cayce / Lexington County |
| State and Zip Code | South Carolina 29033 |
| Telephone Number | (803) 791-4444 (Primary) (803) 463-0258 #2 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**NAME AND ADDRESS UPDATE FORM**

NOTE: Please complete this form when *any* of the listed information should be updated in the Court's records.

YOUR NAME: Marie L. Brown

Case Number: ______

ADDRESS: PO Box 2703
West Columbia, SC 29171 -(Mailing address)
2326 Julius Felder St. Cayce SC 29033 -(Physical address)

PHONE NUMBER: (803) 791-4444 (Primary #) (803) 463-0258

SIGNATURE: Marie L. Brown

Mail completed form to:

☐ Clerk, U.S. District Court
85 Broad Street
Charleston, SC 29401

☒ Clerk, U.S. District Court
901 Richland Street
Columbia, SC 29201

☐ Clerk, U.S. District Court
401 West Evans Street
Florence, SC 29501

☐ Clerk, U.S. District Court
250 East North Street
Greenville, SC 29601

Defendant No. 1

| | |
|---|---|
| Name | Richland County |
| Job or Title *(if known)* | |
| Street Address | 1701 Main Street |
| City and County | Columbia Richland |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | (803) 576-1950 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Victoria Kapolis |
| Job or Title *(if known)* | Manager Of Human Resources |
| Street Address | 2000 Hampton Street Ste. 3116 |
| City and County | Columbia Richland Co. |
| State and Zip Code | South Carolina 29202 |
| Telephone Number | (803) 576-2111 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Virginia Belcher |
| Job or Title *(if known)* | Chief Deputy Clerk of Court |
| Street Address | 1701 Main Street |
| City and County | Columbia Richland |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | (803) 576-1950 / (Cell) (803) 466-3258 |
| E-mail Address *(if known)* | Virginia/Gini @ RCCC<br>Belcher.Virginia@richlandcountysc.gov |

Defendant No. 4

| | |
|---|---|
| Name | Jeanette McBride |
| Job or Title *(if known)* | Clerk of Court |
| Street Address | 1701 Main Street |
| City and County | Columbia Richland |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | (803) 576-1950 |
| E-mail Address *(if known)* | MCBRIDE.JEANETTE@richlandcountysc.gov |

Marie Brown

*CONTINUATION* of page 2 of 6

Pro Se 7 (Rev. 12/16) Complaint of Employment Discrimination)

Defendant No. 5

| | |
|---|---|
| Name | Jackie Pendergrass |
| Job or Title (if known) | Court Administrator |
| Street Address | 1701 Main street |
| City and County | Columbia Richland County |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | (803) 576-1950 |
| E-mail Address (if known) | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Richland County |
| Street Address | 1701 Main Street |
| City and County | Columbia Richland County |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | (803) 576-1950 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: Failure to consider me for initial Bailiff position that I originally applied for as explained I would be

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Approximately

C. I believe that defendant(s) *(check one)*: I resigned approximately 5/2025

- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race They hired a White male for initial job I applied for during my employment
- ☒ color I am Black
- ☒ gender/sex They only hired men for the job I initially applied for during my employment
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* ________ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Marie Brown

* Continuation of page 4 of 6 (Letter "E")

* Facts of Case

Employment: 9/25/23 - Approximately March, April or May 2025

1. I applied for a Bailiff position
2. I had an interview with the Chief Deputy Clerk of Court and also the individual who's over the Bailiff/Courtroom (Jackie, A Female)
3. At the end of my interview for the Bailiff Position, I was informed that there were no Bailiff Positions open at the present time
4. I was informed that there was a part time Data Entry Technician Posiition open and I was asked if I would be interested in that position
5. I replied yes, I might be and I then asked what the position entailed
6. The Job Discription/Dutes of Data Entry Technician were explained to me to include that the primary duties would be scanning Court Documents three days per week
7. I said yes, I was interested and then I asked, if a Bailiff Position became open, would I be considered for the position. I made it clear that I would still be interested
8. The Chief Deputy Clerk Of Court (Caucacian) answered by saying either: "Oh yes, most definitely" or "Oh yes, most definitely, of course" or words to that effect. She told me to complete an online application for D.E.T.
9. After I began the position as a D.E.T., the Respondent had severeral vacancies for Bailiffs. I observed only males being hired for Bailiff after I was hired, (Black and Caucasian males)
10. On or about April 1, 2025, I informed the Chief Deputy Clerk of Court in person that I was still interested in the position of Bailiff and I asked her if I could shadow a couple of Bailiffs for one to two days
11. She stated, that shouldn't be a problem but that she would have to first speak with Jackie about me shadowing because she was over the courtroom and the Bailiffs or their schedual and she would let me know
12. After approximately one month of not hearing anything, I texted the CDCC to her cell phone. I initially asked her about a possible parking spot change in the garage. I then asked if she had spoke to Jackie
13. Her answer was "Yes I spoke to Jackie but Ms. mcbride doesn't think moving you to the bailiff courtroom position is possible at this time." (Her answer verbatim, word-for-word) via our cell phone tesxting
14. I asked her if it was possible that Ms. McBride may not be aware that I initially applied for a Bailiff Position or that she possibly forgot? I also reminded her of our conversation at my initial interview for Bailiff
15. The CDCC has never responded to any of the questions I asked her, all via cell phone texting
16. I emailed the Clerk of Court, Ms. Jeeanette McBride, explaining in detail the entire situation and all circomstances from the begining, starting from my initial interview up to this point. She has never responded

I was initially interviewed by Virginia Belcher who is the Chief Deputy Clerk of Court. Ms. Belcher ~~lead~~ led the interview while Jackie Pendergrass was pretty much a silent observer. She answered one or two questions asked by Virginia ~~Bla~~ Belcher but that was it. Jackie Pengergrass DID NOT interview me. Virginia Belcher is who explained that there were no Bailiff positions open after she had interviewed me for Bailiff, offered me the DET position and is who directed and/or instructed me to go back online and apply for D.E.T

Date of hire ~ 9/25/23

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* ______________ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/18/2020

Signature of Plaintiff: Marie L. Brown

Printed Name of Plaintiff: Marie L. Brown

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address